**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

STATE OF DELAWARE      )
                          )
        v.                )     ID#: 9803018202B
                          )
DAVID M. WILLIAMS,    )
                          )
       Defendant.     )

Upon Commissioner's Report and Recommendation that Defendant's
Motion for Postconviction Relief and Motion for Appointment of Counsel should
be denied -- **ADOPTED**

**ORDER**

This 30th day of April, 2019, the Court having considered the Commissioner's Findings of Fact and Recommendations, it appears to the Court that:

1.      On August 24, 2018, David M. Williams filed a *pro se* motion for postconviction relief (the "Postconviction Motion") and motion for appointment of counsel. The Court referred the motions to a Superior Court Commissioner under 10 *Del. C.* § 512 and Superior Court Criminal Rule 62. On April 8, 2019, the Commissioner issued her findings of fact and recommendation (the "Report"). Under Rule 62, a party objecting to any portion of a Commissioner's findings of fact and recommendations may serve and file written objections within 10 days of the report's filing.[1] Although 22 days have passed since the Commissioner issued her Report, Williams has not filed any objections. Williams therefore has waived

---

[1] Super. Ct. Crim. R. 62(a)(5)(ii).

any objections to the Report.[2]   Accordingly, the Court hereby adopts the Commissioner's Report in its entirety.   Defendant's Postconviction Motion and Motion for Appointment of Counsel are **DENIED**.

**IT IS SO ORDERED**.

Abigail M. LeGrow, Judge

Original to Prothonotary
cc:   Timothy Weiler, Esquire
      David M. Williams, *pro se*, SBI# 173211

---

[2] *Maniscalco v. State*, 2017 WL 443725, at *2 (Del. Jan. 10, 2017).